IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLEN LYNN PENN,
ADC #81365                                                          PLAINTIFF

v.                                    4:07CV01106 WRW

LARRY JEGLEY, et al.                                               DEFENDANTS

JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim.  The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this Judgment and the accompanying Memorandum and Order would be frivolous and not in good faith.

IT IS SO ORDERED this15th day of January, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

1